UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ALTON MARKS**                                                                 CIVIL ACTION

**VERSUS**                                                                           NO. 12-1132

**TERRY TERRELL**                                                           SECTION "B"(4)

<u>**ORDER**</u>

Before the Court is Petitioner's Objections (Rec. Doc. No. 11) to Magistrate Judge Roby's Report and Recommendation (Rec. Doc. No. 10), recommending that Petitioner's petition for issuance of a writ of habeas corpus be denied and dismissed with prejudice.

The Court has reviewed the matter de novo, *see* 28 U.S.C. § 636(b)(1)(C), and has decided to adopt Magistrate Judge Roby's Report and Recommendation as the opinion of the Court, overruling Petitioner's objections.  Accordingly,

**IT IS ORDERED** that the findings of the Magistrate Judge (Rec. Doc. No. 10) are **AFFIRMED** and Petitioner's Petition is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 24th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE